1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VERNON WAYNE MCNEAL,

11            Plaintiff,              No. CIV S-02-2524 MCE JFM P

12       vs.

13   FLEMING, et al.,

14            Defendants.            ORDER

15   _____/

16       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

17   rights action.  On May 16, 2005, plaintiff filed his fourth request for the appointment of counsel.

18   Plaintiff's previous requests were filed on July 30, 2003, February 27, 2004 and March 8, 2004.

19   Plaintiff's requests were denied by orders filed October 17, 2003 and March 16, 2004.  For the

20   reasons set forth in those orders plaintiff's motion will be denied.

21       On May 20, 2005, plaintiff filed a motion for an order requiring defendants to

22   serve plaintiff with a copy of his deposition.  Plaintiff also again contends that did not receive a

23   copy of defendants' September 16, 2004 motion for summary judgment and that he needs a copy

24   of said motion in order to respond thereto.  Defendants have not relied on plaintiff's deposition in

25   support of their motion for summary judgment and will not, therefore, be required to serve a copy

26   of the deposition on plaintiff.  By order filed May 9, 2005, defendants were directed to reserve,

1  within five days, a copy of their motion for summary judgment on plaintiff.  Good cause

2  appearing, defendants will be directed to file a certificate of service attesting to compliance with

3  the May 9, 2005 order.

4          In accordance with the above, IT IS HEREBY ORDERED that:

5          1.  Plaintiff's May 16, 2005 motion for appointment of counsel is denied; and

6          2.  Plaintiff's May 20, 2005 motion for a court order requiring defendants to

7  provide him with a copy of his deposition is denied; and

8          3.  Within five days from the date of this order defendants shall file a certificate of

9  service attesting to compliance with this court's May 9, 2005 order directing them to reserve a

10  copy of their September 16, 2004 motion for summary judgment on plaintiff.

11  DATED:  June 3, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf
mcne2524.31a