IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON MCNEAL,

       Plaintiff,                       No. CIV S-02-2524 MCE JFM P

    vs.

FLEMING, et al.,

       Defendants.           ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. On August 15, 2005, plaintiff filed his fifth request for the appointment of counsel. Plaintiff's previous requests were filed on July 30, 2003, February 27, 2004, March 8, 2004 and May 16, 2005. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 15, 2005 fifth request for appointment of counsel is denied.

DATED: August 29, 2005.

                                      UNITED STATES MAGISTRATE JUDGE

/001:kf
mcne2524.31b