IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

      Plaintiff,                      No. CIV S-02-2524 MCE JFM P

    vs.

FLEMING, et al.,

      Defendants.            <u>ORDER</u>

_____/

        On December 9, 2005, this court issued a pretrial order in this matter.  Plaintiff was given a period of fifteen days in which to file an exhibit list that identified with more specificity his proposed exhibits, and the parties were given the same period of time in which to file objections to the pretrial order.  On December 15, 2005, plaintiff filed a request for two additional witnesses.  On December 30, 2005, plaintiff filed an exhibit list.  On January 9, 2006, plaintiff filed untimely objections to the pretrial order and a request for three additional witnesses.

        Good cause appearing, IT IS HEREBY ORDERED that this matter is set for telephonic hearing on February 2, 2006 at 11:30 a.m.  Counsel for defendants shall make all

/////

/////

1

1  necessary arrangements for plaintiff's participation in the telephonic hearing and shall place the
2  conference call to the chambers of the undersigned at the time set in this order.
3  DATED: January 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
mcne2524.tc