IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **VERNON WAYNE MCNEAL,** | CASE NO. 2:02-cv-2524 MCE JFM P |
| Plaintiff, | **ORDER GRANTING CONTINUANCE OF TRIAL DATE** |
| v. | Trial Date:  November 1, 2006 |
| **FLEMING, et al.,** | Time:  9:00 a.m. |
| | Courtroom:  #3 |
| Defendants. | Judge:  Hon. Morrison C. England, Jr. |

    Defendants' request to reschedule the trial date was considered by this Court and, good cause appearing,

    **IT IS HEREBY ORDERED** that the trial currently scheduled for November 1, 2006, is hereby vacated and reset to February 7, 2007 at 09:00 a.m. before the Honorable Morrison C. England, Jr.

Dated:  March 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1