UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,                NO. 2:02-cv-2524-MCE-JFM P

      Plaintiff,

  v.                                  ORDER

FLEMING, et al.,

      Defendants.

----oo0oo----

On May 18, 2007, Defendants filed a request to continue the trial date in this matter, presently set for October 15, 2007, until after January 8, 2008 on grounds 1) that Defendant Fleming has a previously scheduled vacation extending from October 1, 2007 to November 19, 2007; and 2) that several other Defendants will be "unavailable during the Thanksgiving and Christmas breaks."

///

///

1

1    This case was originally filed on November 21, 2002, almost
2 five years ago.  It has subsequently been set for trial on five
3 different occasions: February 9, 2005, March 8, 2006, November 1,
4 2006, February 7, 2007, October 10, 2007.[1]  Significantly, on
5 March 23, 2006, Defendants filed a request for continuance of the
6 then scheduled November 1, 2006 on exactly the same grounds now
7 offered; namely, Defendant's Fleming's vacation schedule and the
8 assertion that "several Defendants will be unavailable during the
9 Thanksgiving and Christmas breaks."  This is the same phrase,
10 taken verbatim, from the continuance request now before the
11 Court, and while the Court did grant a continuance in November of
12 2006 based on that representation it will not do so again.  Trial
13 in this matter has already been repeatedly delayed, and the Court
14 declines to accept exactly the same rationale recycled from
15 Defendant's November 2006 continuance request.  The trial will
16 remain on calendar for October 15, 2007 as presently scheduled.
17    IT IS SO ORDERED.

Dated: June 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] By Minute Order dated May 22, 2007, the most recent October 10, 2007 trial date (set on February 2, 2007) was continued until October 15, 2007 to accommodate the Court's trial schedule.

2