IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERNON WAYNE MCNEAL,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**FLEMING, et al.,**<br><br>                                    Defendants. | No. 2:02-cv-02524 MCE JFM P<br><br>**ORDER GRANTING CONTINUANCE OF TRIAL DATE**<br><br>Trial Date:    October 15, 2007<br>Time:             9:00 a.m.<br>Courtroom:   3<br>Hon. Morrison C. England, Jr. |

Defense Counsel's request to continue the trial date was considered by this Court and, good cause appearing, **IT IS HEREBY ORDERED** that the trial currently scheduled for October 15, 2007, is hereby vacated and reset to February 4, 2008.

Dated: August 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1