UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE McNEAL, | No. 2:02-cv-2524-MCE-JFM-P |
|     Plaintiff, | |
|  v. | <u>ORDER</u> |
| FLEMING, et al., | |
|     Defendants. | |

----oo0oo----

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

Plaintiff filed a complaint in this matter on November 21, 2002. The magistrate judge issued a Pretrial Scheduling Order on February 11, 2004. Per that order, discovery closed on June 4, 2004. Plaintiff has submitted numerous requests to reopen discovery, both orally and written, and the Court has denied every request, finding Plaintiff had ample time to perform discovery prior to June 4, 2004, and has failed to offer a valid reason for not completing discovery by that date.

1

Plaintiff's current September 14, 2007 request to reopen discovery is no different from Plaintiff's prior requests, and that request is also DENIED.

On May 21, 2007, Plaintiff also filed a request to add two exhibits to his exhibit list. Plaintiff made this same request on December 22, 2006, and the Court denied that request without prejudice, allowing Plaintiff to renew the request by filing a motion in limine fourteen (14) days in advance of the date set for trial in this action. Plaintiff has not filed a motion in limine, as the Court instructed, and has only made a request with copies of the exhibits attached. Plaintiff's May 21, 2007 request is therefore again DENIED without prejudice, as is a subsequent December 12, 2007 request to add yet another exhibit. The Court will allow Plaintiff to properly renew his request to add exhibits in a motion in limine filed fourteen (14) days in advance of the date set for trial.

Finally, on October 26, 2007, Plaintiff requested that the Court provide him with jury instructions and verdict forms. This request is also DENIED. Parties must obtain and submit their own jury instructions and verdict forms.

IT IS SO ORDERED.

Dated: December 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE