1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VERNON WAYNE MCNEAL,

11            Plaintiff,                 No. CIV S-02-2524 MCE JFM P

12        vs.

13   FLEMING, et al.,

14            Defendants.                ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On July 28, 2008, plaintiff filed a request to continue for thirty days the date

18   set for jury trial in this matter.  Defendants have filed a statement of non-opposition to plaintiff's

19   request.

20          This action has been pending for almost six years.  An amended pretrial order was

21   issued over two years ago, and the matter is ready for trial.  Numerous continuances of the trial

22   date have already been granted to the parties and entered on the court's motion.  No further

23   requests for continuance will be granted.[1]

24   _____

25       [1] Plaintiff's request is predicated in part on an asserted need to refile motions in limine or
     other pretrial documents.  In January 2008, plaintiff filed a trial brief, proposed statement of the
26   case, proposed voir dire questions, proposed jury instruction, and proposed verdict forms.  Those
     documents will be reviewed by the court in connection with trial of this matter and plaintiff is not

                                       1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's July 28, 2008 request for continuance is denied;

2.  The jury trial set for October 6, 2008 at 9:00 a.m. is confirmed;

3.  The pretrial documents filed by plaintiff in January 2008 will be reviewed by the court in connection with the October 6, 2008 trial and need not be refiled by plaintiff;

4.  The Clerk of the Court is directed to send plaintiff a copy of the public docket for this action; and

5.  Plaintiff may, as appropriate, renew any motion in limine previously denied without prejudice due to continuance of the trial date by filing a notice of renewal of motion(s) that incorporates by reference to the relevant docket number the motion(s) he seeks to renew.

Dated:  August 8, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

required to refile any of these pretrial documents.  To the extent that plaintiff seeks to renew motions in limine previously filed, he may do so by filing a notice of renewal of motion that incorporates by reference to the relevant docket number the motion(s) he seeks to renew.  To that end, the Clerk of the Court will be directed to send plaintiff a copy of the public docket sheet for this action.