IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,                    No. 2:02-cv-2524 MCE JFM (PC)

    vs.

FLEMING, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On August 22, 2008, plaintiff filed his fifth motion for the appointment of counsel. Plaintiff's previous motions were filed on March 8, 2004, May 16, 2005, August 15, 2005 and January 31, 2006. All motions were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 22, 2008 motion for appointment of counsel is denied.

DATED: September 8, 2008.

                                      UNITED STATES MAGISTRATE JUDGE

/mp
mcne2524.31thr