IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,                     No. CIV S-02-2524 MCE JFM P

    vs.

FLEMING, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2008, plaintiff filed a document styled "Plaintiff Declaration Asking Courts for A Emergency 30 days Extension of time. Plaintiff is Getting Transfere [sic] To Another Prison." In this declaration, plaintiff avers that on August 22, 2008 he was told by prison officials to pack his property in preparation for transfer to another prison, that he has not been told what prison he will be transferred to, that he no longer has access to his legal materials to prepare for the jury trial of this matter, which is set for October 6, 2008, and that he does not know when his legal materials will be returned to him.

        By order filed August 8, 2008, this court confirmed the October 6, 2008 date for jury trial in this action. On August 22, 2008, the magistrate judge issued an order and writ of habeas corpus ad testificandum for plaintiff's attendance at trial. The magistrate judge's order

1

requires, inter alia, that plaintiff's custodian notify the court of any change in plaintiff's custody. Order filed August 22, 2008.

Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order counsel for defendants shall provide the following information responsive to the contentions in plaintiff's August 28, 2008 filing: (1) where plaintiff is being transferred to; (2) when the transfer is scheduled to happen; and (3) when plaintiff's legal materials will be returned to him following the transfer.

Dated: September 10, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE