IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, | No. 2:02-cv-02524-MCE-JFM P |
| Plaintiff, | |
| vs. | ORDER |
| FLEMING, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  This matter is set for jury trial on October 6, 2008.  On August 28, 2008 and September 11, 2008, plaintiff filed requests for a thirty day extension of time to prepare for trial. Plaintiff's requests are predicated on his transfer from High Desert State Prison to California State Prison-Corcoran and the fact that he has not had access to his legal material since August 22, 2008.  By order filed September 11, 2008, defendants were directed to provide information responsive to plaintiff's August 28, 2008 request.  On September 16, 2008, defendants filed a response to the September 11, 2008 order.  With their response, defendants provide evidence that plaintiff was provided with his legal material on September 15, 2008.  Plaintiff's requests to extend the trial date will be denied.

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's August 28, 2008 and September 11, 2008 requests for a thirty day extension of time to prepare for trial are denied.

Dated: September 18, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE