IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, | No. 2:02-cv-02524-MCE-JFM P |
| Plaintiff, | |
| vs. | ORDER |
| FLEMING, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2008, defendants filed a response to the writ of habeas corpus ad testificandum issued on August 22, 2008, for the attendance of inmate Alvis Garrison at trial as a witness for plaintiff. After review of the response and the declarations attached thereto, and good cause appearing, inmate Garrison will be directed to appear at trial by videoconference from High Desert State Prison. An amended writ of habeas corpus ad testificandum for inmate Garrison's attendance by videoconference will be issued concurrently with this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Inmate Alvis Garrison shall appear at trial by videoconference from High Desert State Prison;

1

2. An amended writ of habeas corpus ad testificandum for the appearance of inmate Alvis Garrison at trial by videoconference is issued concurrently with this order; and

3. The Clerk of the Court is directed to serve a copy of this order on inmate Alvis Garrison, #P-72479, High Desert State Prison, P.O. Box 3030, Susanville, CA 96127.

Dated: September 18, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE