# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,                   No. CIV S-02-2524 MCE JFM P

vs.

FLEMING, et al.,

    Defendants.             **ORDER & AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM**[1]

_____/

    Alvis Garrison, inmate # P-72479, a necessary and material witness in proceedings in this case on October 6, 2008, is confined in High Desert State Prison, Susanville, California in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Morrison C. England to appear by video-conferencing at High Desert State Prison on October 6, 2008, at 2:00 p.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of High Desert State Prison, 475-750 Rice Canyon Rd., P.O. Box 750, Susanville, CA 96127-0750:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: September 19, 2008

                                                 MORRISON C. ENGLAND, JR.
                                                 UNITED STATES DISTRICT JUDGE

---

[1] This writ of habeas corpus ad testificandum supersedes the writ of habeas corpus ad testificandum for inmate Garrison filed on August 22, 2008.