UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,                    No. 2:02-cv-02524-MCE-JFM

    Plaintiff,

  v.                                    ORDER

FLEMING, et al.,

    Defendants.

----oo0oo----

Plaintiff Vernon Wayne McNeal is a state prisoner proceeding *pro se* in the prosecution of an excessive force claim. On May 4, 2009, the Court signed an Order denying Plaintiff's request to have transcripts provided at government expense. Plaintiff subsequently filed objections, which this Court interprets as a Motion for Reconsideration.

///
///
///
///
///

1

1  No grounds justifying reconsideration have been presented.
2  Accordingly, Plaintiff's Motion (Docket No. 192) is DENIED.
3  IT IS SO ORDERED.

Dated: June 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE