IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,                  No. 2:02-cv-2524-MCE-JFM (PC)

   vs.

FLEMING, et al.,

    Defendants.              <u>ORDER</u>

_____/

      On November 5, 2009, plaintiff filed a document styled "Motion and Supporting Declaration Requesting Answer to Law Student Participation Certification." This civil rights action was closed on October 10, 2008, and plaintiff's appeal was dismissed on October 15, 2009. Plaintiff is advised that the motion filed on November 5, 2009 will be disregarded and no orders will issue in response to future filings.

DATED: December 10, 2009.

                              UNITED STATES MAGISTRATE JUDGE

12
mcne2524.58