IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,                    No. 2:02-cv-2524 MCE JFM (PC)

    vs.

FLEMING, et al.,                   <u>ORDER</u>

    Defendants.

_____/

    Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 2, 2011, plaintiff filed his seventh request for the appointment of counsel. Plaintiff's previous requests were filed on July 30, 2003, March 8, 2004, May 16, 2005, August 15, 2005, January 31, 2006 and August 22, 2008. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's June 2, 2011 request is denied.

Dated: June 20, 2011

                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE