UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,                         NO. 2:02-cv-2524-MCE-JFM P

      Plaintiff,

  v.                                          ORDER

FLEMING, et al.,

      Defendants.

----oo0oo-

    By Order filed June 21, 2011 (ECF No. 206), this Court denied Plaintiff's seventh request for appointment of counsel in this matter. Now before the Court is Plaintiff's July 27, 2011 Motion for Reconsideration of that Order. Review of that reconsideration request indicates no new or different facts or circumstances that were not already considered in the Court's June 21, 2011 Order. As such, Plaintiff's request fails to meet the requirements of Eastern District Local Rule 230(j).

1

1       In addition, Plaintiff's motion itself indicates that
2  Plaintiff has already sought relief from the Ninth Circuit after
3  this Court issued its June 21, 2011 Order.  The Ninth Circuit
4  also denied Plaintiff's request for counsel on or about July 20,
5  2011 according to Plaintiff's declaration.
6       For all these reasons, Plaintiff's Motion for
7  Reconsideration (ECF No. 207) is DENIED.
8       IT IS SO ORDERED.

Dated: November 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE