UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


VERNON WAYNE MCNEAL,                    NO. 2:02-cv-2524-MCE-JFM P

          Plaintiff,

     v.                                 ORDER

FLEMING, et al.,

          Defendants.


                        ----oo0oo-


     By Order filed June 21, 2011 (ECF No. 206), this Court
denied Plaintiff's seventh request for appointment of counsel in
this matter.  Now before the Court is Plaintiff's July 27, 2011
Motion for Reconsideration of that Order.  Review of that
reconsideration request indicates no new or different facts or
circumstances that were not already considered in the Court's
June 21, 2011 Order.  As such, Plaintiff's request fails to meet
the requirements of Eastern District Local Rule 230(j).

1

In addition, Plaintiff's motion itself indicates that Plaintiff has already sought relief from the Ninth Circuit after this Court issued its June 21, 2011 Order.  The Ninth Circuit also denied Plaintiff's request for counsel on or about July 20, 2011 according to Plaintiff's declaration.

For all these reasons, Plaintiff's Motion for Reconsideration (ECF No. 207) is DENIED.

IT IS SO ORDERED.

Dated: November 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE