IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,                    No. 2:02-cv-2524 MCE JFM (PC)

    vs.

FLEMING, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This matter has been remanded by the United States Court of Appeals for the Ninth Circuit for a new trial. On December 12, 2011, plaintiff filed a motion to reopen discovery. Defendants oppose the motion.

        Plaintiff seeks to reopen discovery to request evidence "pertaining to medical policy, excessive force policy, defendants personnel records." Declaration of Vernon Wayne McNeal, filed December 12, 2011. In opposition to the motion, defendants contend that plaintiff had enough time to complete discovery prior to the first trial in this action, that they have produced to plaintiff all of the documents they will use at trial, and that plaintiff "produced a significant number of his own trial exhibits." Defendants' Opposition, filed December 15, 2011, at 2.

1  This matter has been remanded for a new trial on the ground that there was
2  sufficient evidence for a reasonable jury to conclude that defendants had "used force maliciously
3  and sadistically to cause [plaintiff] harm" and, therefore, that defendants' Rule 50 motion should
4  not have been granted. Order filed April 27, 2011, at 2. Nothing in the record before this court
5  demonstrates that additional discovery is warranted or required.
6  Accordingly, IT IS HEREBY ORDERED that plaintiff's December 12, 2011
7  motion to reopen discovery (ECF No. 209) is DENIED.

Dated: January 10, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE