IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,                       No. 2:02-cv-2524 MCE JFM (PC)

    vs.

FLEMING, et al.,

    Defendants.                  ORDER

_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  This matter is presently set for trial on April 9, 2012.  On December 28, 2011, defendants filed a motion to continue the trial.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' motion to continue the trial date (ECF No. 212) is GRANTED; and

    2. Trial of this matter is continued to September 10, 2012 at 9:00 a.m. in Courtroom # 7.

Dated: January 10, 2012

                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE