1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VERNON WAYNE MCNEAL,

11            Plaintiff,              No. 2:02-cv-2524 MCE JFM (PC)

12       vs.

13   FLEMING, et al.,

14            Defendants.             ORDER

15   _____/

16       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

17   U.S.C. § 1983.  This matter is presently set for trial on April 9, 2012.  On December 28, 2011,

18   defendants filed a motion to continue the trial.

19       Good cause appearing, IT IS HEREBY ORDERED that:

20       1.  Defendants' motion to continue the trial date (ECF No. 212) is GRANTED; and

21       2.  Trial of this matter is continued to September 10, 2012 at 9:00 a.m. in Courtroom # 7.

22   Dated:  January 10, 2012

23

24                             _____
                               MORRISON C. ENGLAND, JR.
25                             UNITED STATES DISTRICT JUDGE

26