IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

        Plaintiff,                No. 2:02-cv-2524 MCE JFM (PC)

   vs.

FLEMING, et al.,

        Defendants.        ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On May 16, 2012, plaintiff filed a motion for temporary appointment of counsel for a settlement conference. There has been no joint request for settlement conference filed by the parties in this action. Cf. Minute Order filed December 19, 2011. Accordingly, IT IS HEREBY ORDERED that plaintiff's May 16, 2012 motion is denied.

Dated: June 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE