IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,                    No. 2:02-cv-2524 MCE JFM (PC)

    vs.

FLEMING, et al.,

    Defendants.            <u>ORDER</u>

                            /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for trial on January 7, 2013. On August 22, 2012, plaintiff filed a motion for a "hard copy" of plaintiff's "September 10, 2001 use of force videotape interview." Motion filed August 22, 2012.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within fifteen days from the date of this order defendants shall file and serve a response to plaintiff's August 22, 2012 motion; and

        2. Plaintiff's reply, if any, shall be filed and served within ten days thereafter.

    IT IS SO ORDERED.

Dated: September 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1