IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

     Plaintiff,                    No. 2:02-cv-2524 MCE JFM (PC)

   vs.

FLEMING, et al.,

     Defendants.          ORDER

                              /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for trial on January 7, 2013. On August 22, 2012, plaintiff filed a motion for a "hard copy" of plaintiff's "September 10, 2001 use of force videotape interview." Motion filed August 22, 2012. On September 24, 2012, defendants filed an opposition to the motion, in which they represent that plaintiff has had access to view the videotape and take notes and may request additional access as necessary for trial preparation. On October 4, 2012, plaintiff filed a reply in which he clarifies that he is seeking a written transcript of the interview.

/////

/////

1

1     Good cause appearing, IT IS HEREBY ORDERED that within ten days from the
2  date of this order defendants shall file and serve a response to plaintiff's October 4, 2012 reply.
3  DATED:

   Dated: October 15, 2012

   _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

2