IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

        Plaintiff,               No. 2:02-cv-2524 MCE JFM (PC)

    v.

FLEMING, et al.,

        Defendants.          ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On October 12, 2012, Plaintiff filed a motion for participation of a certified law student in his upcoming jury trial.  (ECF No. 224.)  All of Plaintiff's prior requests for appointment of counsel have been denied.  (See ECF Nos. 20, 29, 67, 79, 97, 162, 205, 217.)  The Court considers the motion at bar in the same manner.

        In light of the prior orders denying Plaintiff's motions for appointment of counsel, IT IS HEREBY ORDERED that Plaintiff's October 12, 2012, motion (ECF No. 224) is DENIED.

Dated:  November 6, 2012

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE