IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,                    No. 2:02-cv-2524 MCE JFM (PC)

    v.

FLEMING, et al.,

    Defendants.             ORDER

_____/

    Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On November 2, 2012, Plaintiff filed his ninth request for the appointment of counsel. (ECF No. 228.) All of Plaintiff's previous requests were denied. (See ECF Nos. 20, 29, 67, 79, 97, 162, 205, 217.) In light of those orders, Plaintiff's current request will also be denied.

    On November 15, 2012, Plaintiff filed a request for clarification of the deadline for filing motions in limine, trial briefs, and trial exhibits. This matter is set for retrial before this Court on January 28, 2013. This matter proceeded to trial pursuant to an amended pretrial order filed February 8, 2006, as modified in part by this Court's order filed April 27, 2007. Pursuant to those and subsequent orders of this Court, the parties exchanged exhibits and filed trial briefs, proposed jury voir dire, jury instructions, and verdict forms. In addition, the Court ruled on numerous motions in limine filed by the parties.

1  The Court intends to proceed with retrial of this action on the existing record, including the
2  exhibits finally admitted at trial following this court's rulings on motions in limine.  In addition,
3  the Court will rely on the trial briefs and other documents tendered by the parties.  For that
4  reason, the Court will not set a further schedule for exchange of exhibits or filing of motions in
5  limine or other trial documents.[1]

6  In accordance with the above, IT IS HEREBY ORDERED that Plaintiff's November 2,
7  2012, Motion for Appointment of Counsel (ECF No. 228) is DENIED.  For the same reason,
8  Plaintiff's November 26, 2012, Motion for Appointment of a Medical Expert (ECF No. 233) is
9  also DENIED.

Dated:  December 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Prior to the first trial of this action, Plaintiff dismissed his previously approved inmate witness Alvis Garrison.  For that reason, the Court will not issue a writ of habeas corpus ad testificandum for the attendance of said witness at trial.

2