UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VERNON MCNEAL,  No. 2:02-cv-02524-MCE-JFM

    Plaintiff,

  v.  ORDER CONTINUING TRIAL

FLEMING, ET AL.,

    Defendants.
_____/

YOU ARE HEREBY NOTIFIED the January 28, 2013 jury trial is vacated and continued to **June 10, 2013**, at **9:00 a.m.** in Courtroom 7. All previously issued writs for the June 28, 2013 trial are vacated and new writs will be issued by the assigned Magistrate Judge eight (8) weeks prior to the June 10, 2013 trial date. The Clerk's Office is directed to notify and serve a copy of this Order to the out-to-court desk and the Warden of California State Prison-Corcoran. A Final Pretrial Order will be forthcoming.

IT IS SO ORDERED.

Dated: January 24, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1