UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,  No. 2:02-cv-02524-MCE-JFM

    Plaintiff,

  v.  ORDER CONTINUING TRIAL

FLEMING, ET AL.,

    Defendants.
_____/

    After consideration and review, the Defendants' Motion to Modify Scheduling Order (ECF No. 249) is granted. Accordingly, the June 10, 2013 jury trial is vacated and continued to the first available trial date of **January 13, 2014**, at **9:00 a.m.** in Courtroom 7. All previously issued writs for the June 10, 2013 trial are vacated and new writs will be issued by the assigned Magistrate Judge eight (8) weeks prior to the January 13, 2014 trial date.

///
///
///
///

1

1  The Clerk's Office is directed to notify and serve a copy of this
2  Order to the out-to-court desk and the Warden of California State
3  Prison-Corcoran.  An Amended Supplemental Pretrial Order will be
4  forthcoming.

5      IT IS SO ORDERED.

 Dated: February 19, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE