UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE McNEAL,<br><br>  Plaintiff,<br><br>  v.<br><br>FLEMING, et al.,<br><br>  Defendants. | No. 2:02-cv-2524 TLN JFM (PC)<br><br><br><br>ORDER |

    Plaintiff has requested the appointment of counsel. ECF No. 256. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's October 18, 2013 motion for the appointment of counsel (ECF No. 256) is denied.

Dated: October 23, 2013

                                                             _____
                                                             CAROLYN K. DELANEY
                                                             UNITED STATES MAGISTRATE JUDGE

/mp; mcne2524.31