UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE McNEAL, | No. 2:02-cv-2524 TLN CKD (PC) |
| Plaintiff, | |
| v. | ORDER |
| FLEMING, et al., | |
| Defendants | |

      In an order dated September 6, 2013 (ECF No. 254), the court instructed each party to inform the court in writing within fourteen days from the date of the order as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge and waive any disqualification or if they prefer instead to be referred to another Magistrate Judge of this Court for the settlement conference.  Defendants have not yet provided the court with their response.  Accordingly, defendants shall file their response regarding the above in writing within five days of the date of this order.

      IT IS HEREBY ORDERED that:

      1. Within five days of this order defendants shall inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge and waive any disqualification or if they prefer instead to be referred to another Magistrate Judge of this court for the settlement conference.  If defendants wish to proceed before the undersigned

1 magistrate judge, they shall return to the court the consent form for settlement conferences
2 provided with this order.  If defendants do not wish the undersigned magistrate judge to preside at
3 the settlement conference, they shall file a declaration stating that they wish to be referred to
4 another Magistrate Judge of this court for the settlement conference; and
5     2. The Clerk of the Court is directed to resend defendants the consent form for settlement
6 conferences and a copy of this court's September 6, 2013 order (ECF No. 254).
7 Dated:  December 17, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE