# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE McNEAL,                    No. 2:02-cv-2524 TLN CKD (PC)

        Plaintiff,

   v.

FLEMING, et al.,

        Defendants.                    **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

Vernon McNeal, CDCR # P-34419, a necessary and material witness in a settlement conference in this case on May 6, 2014, is confined in Calipatria State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on May 6, 2014 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

<strong>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</strong>

**To: Warden, Calipatria State Prison, P. O. Box 5001, Calipatria, California 92233:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 16, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE