UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL,<br><br>Plaintiff,<br><br>v.<br><br>FLEMING, et al.,<br><br>Defendants. | No. 2:02-cv-2524 TLN CKD P<br><br><br>ORDER |

The parties are informed that this matter has been set for trial on January 12, 2015 at 9:00 a.m. before the honorable Troy L. Nunley. If the parties wish to proceed to trial sooner, they should consider consenting to the undersigned. The Clerk of the Court is directed to send the parties the court's form for consenting to magistrate judge jurisdiction. The parties shall complete the forms and return them to the court within 30 days.

Dated: June 6, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mcne2524.cnst