UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, | No. 2:02-cv-2524 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| FLEMING, et al., | |
| Defendants. | |

On August 25, 2014, Plaintiff filed a document the Court construes as a request for reconsideration of the magistrate judge's order filed June 24, 2014 denying Plaintiff's motion for the appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law. Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 24, 2014 is affirmed.

Dated: September 8, 2014

Troy L. Nunley
United States District Judge