UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, | No. 2:02-cv-2524 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| FLEMING, et al., | |
| Defendants. | |

Good cause appearing, defendants are directed to file a response to plaintiff's September 2, 2014 motion to compel within 14 days. Plaintiff may file a reply to defendants' response within 14 days of service of the response.

Dated: September 16, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mcne2524.mtc