UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL,<br><br>            Plaintiff,<br><br>      v.<br><br>FLEMING, et al.,<br><br>            Defendants. | No.  2:02-cv-2524 TLN CKD P<br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  This matter is scheduled for re-trial on January 12, 2015 before Judge Nunley.

On September 2, 2014, plaintiff filed a motion asking that the court order defendants to turn over to plaintiff a copy of the script which was used by correctional officers interviewing prisoners following the use of force by a correctional officer in 2001.  Because plaintiff fails to show that this is relevant to any issue which will be presented at trial, plaintiff's motion will be denied.

Also, plaintiff asks that the court "authenticate" exhibit A attached to defendants' opposition to plaintiff's motion to compel.  This is not a proper request as the court does not "authenticate" exhibits.  If plaintiff has concerns regarding the authenticity of an exhibit provided

/////

by defendants as it pertains to the admissibility of the exhibit at trial, plaintiff should address his concerns to counsel for defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 280) is denied; and

2. Plaintiff's "request for authentication" (ECF No. 288) is denied.

Dated:  October 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

mcne2524.mtc(2)