UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, | No. 2:02-cv-2524 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| FLEMING, et al., | |
| Defendants. | |

On November 10, 2014, Plaintiff filed a request for reconsideration of the magistrate judge's order filed October 27, 2014 denying Plaintiff's September 2, 2014 motion to compel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 27, 2014, is affirmed.

Dated: December 3, 2014

Troy L. Nunley
United States District Judge