UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLEMING, et al.,<br><br>　　　　　Defendants. | Case No.: 2:02-cv-02524-TLN-CKD (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PLAINTIFF, VERNON WAYNE MCNEAL, CDCR # P-34419 |

Plaintiff Vernon Wayne McNeal is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 8, 2017, inmate Vernon Wayne McNeal CDCR Inmate No. P-34419, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 8, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1