UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON MCNEAL,<br><br>    Plaintiff,<br><br>    v.<br><br>FLEMING, et al.,<br><br>    Defendants. | No. 2:02-cv-02524-TLN-CKD<br><br>**ORDER** |

    This matter is before the Court on Plaintiff Vernon McNeal's ("Plaintiff") motion to continue the trial (ECF No. 332), motion for court order (ECF No. 334), motion for in camera review (ECF No. 335), and motion for court order (ECF No. 338.) The Court has reviewed the motions as filed and for the reasons stated below DENY all four motions in their entirety.

    Plaintiff is a state prisoner asserting civil rights claims under § 1983. This case is over fifteen years old and has been scheduled for trial many times over. Plaintiff's newest filings seek to continue the trial and ask the Court to order Centinela State Prison to release boxes of his belongings and to fix the printer and copy machine Plaintiff needs to submit documents to the Court.

    As to the motion to continue, Plaintiff makes two arguments. First, Plaintiff asserts he is preparing for two trials. The Court on many occasions has informed Plaintiff that his other trial is not a sufficient excuse for a continuance. Second, Plaintiff intimated he would be willing to drop

this lawsuit in exchange for Defendants releasing a "use of force tape interview format." This tape is also the subject of Plaintiff's fourth motion in which he seeks an order requiring the Defendants to produce the tape for an in camera review. The Court ordered Defendants to respond to the motion to continue in light of Plaintiff's statement regarding dismissing the case. (ECF No. 333.) Defendants opposed the motion for a continuance and attached the documents Plaintiff requested to their opposition. (ECF No. 336.) Plaintiff's motion for an in camera review is, therefore, DENIED as MOOT. Now that Plaintiff has been provided his desired information, the Court finds Plaintiff has not presented a valid reason for a continuance. Accordingly, Plaintiff's motion for a continuance is hereby DENIED.

As to orders to Centinela State Prison, the Federal Court does not have the authority to order a state prison to do anything related to the management of the prison and its inmates. It would be an overstep in the Court's limited jurisdictional authority to even attempt to make such an order. Accordingly, Plaintiff's Motion for a Court Order to have Centinela R&R bring Plaintiff to R&R (ECF No. 334) and Motion for a Court Order to have Centinela State Prison fix the copy machine/printer (ECF No. 338) are hereby DENIED.

IT IS SO ORDERED.

Dated: 1/29/2018

Troy L. Nunley
United States District Judge