UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MACNEAL,

        Plaintiff,                      No. 2:02-cv-2524 TLN CKD P

vs.

FLEMING, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Vernon Wayne Macneal, inmate # P-34419, a necessary and material witness in proceedings in this case on February 26, 2018, is confined in Centinela State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 15th Floor, Courtroom 2, United States District Courthouse, 501 I Street, Sacramento, California on February 26, 2018, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Centinela State Prison P.O. Box 731, Imperial, California 92251-0731:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 30, 2018

                                                _/s/ Carolyn K. Delaney_
                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

mcne2524.841