UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE McNEAL,<br><br>Plaintiff,<br><br>v.<br><br>FLEMING, et al.,<br><br>Defendant. | No. 2:02-cv-02524-TLN-CKD<br><br>**ORDER** |

This matter is before the Court pursuant to Plaintiff Vernon McNeal's ("Plaintiff") Request for Transcripts at Government Expense. (ECF No. 391.) Transcript requests by persons permitted to appeal in forma pauperis shall be paid by the United States if the trial judge certifies the appeal is not frivolous. 28 U.S.C. § 753(f). Plaintiff's request includes only a single sentence seeking transcripts be provided at the government's expense. (ECF No. 391.) Plaintiff does not explain why the appeal is not frivolous or on what grounds Plaintiff appeals the jury verdict. Nor can the Court glean from the notice of appeal the grounds for Plaintiff's appeal. (See ECF No. 388.) Accordingly, the Court is unable to determine if the appeal is frivolous. Therefore, Plaintiff's request is DENIED without prejudice. Plaintiff may resubmit his request with additional information detailing the grounds for his appeal and a discussion of why the appeal is not frivolous.

///

1

1      IT IS SO ORDERED

2 Dated: August 22, 2018

Troy L. Nunley
United States District Judge